```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DION GREGORY,

               Defendant.

**18 CR 448 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference to address Defendant's violations of supervised release is hereby scheduled for January 20, 2023 at 12:00 p.m.

**SO ORDERED.**

Dated:    29 December 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.