

**U.S. Depar**

*United Stat*
*Southern D*

*The Silvio J. Moll*
*One Saint Andrew*
*New York, New Y*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/4/2023___

December 31, 2022

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:**  ***United States v. Dion Gregory*, 18 Cr. 448 (VM)**

Dear Judge Marrero:

   The Government respectfully submits this letter to request that, in light of a scheduling conflict with the trial scheduled to begin on January 18, 2023, in *United States v. Billy Ortega*, S4 22 Cr. 91 (RA), the Court reschedule the conference presently scheduled for January 20, 2023, at 12:00 p.m. (Dkt. No. 72), to a time convenient to the Court on January 13, 2023, at or before 12:00 p.m.

   Defense counsel does not object to the Government's request. The Probation Office for the Southern District of New York is available at the date and time suggested above. The Probation Offices for the Eastern District of New York and the District of New Jersey will make themselves available at the date and time suggested above if it is convenient for the Court.

Respectfully submitted,

AMIAN WILLIAMS
nited States Attorney

*obert B. Sobelman*
ert B. Sobelman
stant United States Attorney
) 637-2616

Request **GRANTED.** The conference regarding Defendant's violations of supervised release, currently scheduled for January 20, 2023 is hereby adjourned until January 27, 2023 at 11:00 a.m.

**SO ORDERED.**

___1/4/2023___
**DATE**     VICTOR MARRERO, U.S.D.J.

Cc: James E. Neuman, Esq. (by ECF)
  SDNY Probation Officer Matthew Omlor (by email)
  EDNY Probation Officer Ewelina Zajkowski (by email)
  DNJ Probation Officer Erika Arnone (by email)