USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

            - against -

DION GREGORY,

                    Defendant.

**18 CR 448 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The conference to address Defendant's violations of supervised release, currently scheduled for January 27, 2023 at 11:00 a.m., is hereby rescheduled to January 27, 2023 at 11:30 a.m.

**SO ORDERED.**

Dated:    26 January 2023
            New York, New York

                                                      _____
                                                      Victor Marrero
                                                      U.S.D.J.