USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

DION GREGORY,

                  Defendant.

**18 CR 448 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that the representation of the defendant is assigned to C.J.A. attorney Michael W. Martin.

**SO ORDERED.**

Dated:    27 January 2023
            New York, New York

                                                    Victor Marrero
                                                       U.S.D.J.