**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham Univers[ity]
150 West 62nd S[t.]
New York, NY 10[023]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023
```

May 23, 20[23]

**VIA EMAIL AND ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *U.S. v. Dion Gregory*, 18-CR-448 (VM)

Dear Judge Marrero:

We represent Mr. Dion Gregory in the above-referenced action. We write with a status update on Mr. Gregory's supervised release and to request that the conference currently scheduled for May 26 at 11:00 a.m. be adjourned for 60 days. The Government and all branches of the United States Probation involved here consent to the request.

Since the last conference, Mr. Gregory's supervision has been transferred to the EDNY. United States Probation Officer for the Eastern District of New York Ewilina Zajkowski informs us that there are no compliance concerns regarding Mr. Gregory. Mr. Gregory was recently laid off from his construction job and had his application for a TLC license denied due to his federal conviction. Fortunately, USPO Zajkowski will provide him with a copy of a certificate of relief application so that he may reapply for the license, and Mr. Gregory has been offered a position at another construction company and expects to start this week.

Given this update, we request an adjournment of the upcoming conference for 60 days.

Thank you for your consideration.

Respectfully submitted,

/s/
Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Attorney for Mr. Gregory*

cc:     Robert Sobelman
        Assistant United States Attorney (S.D.N.Y.)
        By Email and ECF

        Erika Arnone
        United States Probation Officer (D. N.J.)
        By Email and ECF

Matthew Omlor
United States Probation Officer (S.D.N.Y.)
By Email and ECF

Ewelina Zajkowski
United States Probation Officer (E.D.N.Y.)
By Email and ECF



Request GRANTED. The VOSR status conference in the above-captioned matter, currently scheduled for May 26, 2023, is hereby adjourned to July 28, 2023 at 11:30 a.m.

SO ORDERED.

5/24/2023
DATE                    VICTOR MARRERO, U.S.D.J.