```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

DION GREGORY,

                    Defendant.

**18 CR 448 (VM)**

ORDER

**VICTOR MARRERO, United States District Judge.**

On May 24, 2023, the Court entered an order scheduling a VOSR status conference in the above-captioned matter for July 28, 2023 at 11:30 a.m. (See Dkt. No. 84.) However, upon review of the docket and notice from defense counsel, the Court notes that this proceeding and prior related proceedings did not involve violations of supervised release. Accordingly, the Court hereby corrects the characterization of the July 28, 2023 proceeding as a status conference to address Defendant's progress on supervised release. This characterization of the proceeding also applies to the status conferences referenced in the orders at Docket Numbers 72, 74, 75, 82, and 84.

**SO ORDERED.**

Dated:    24 May 2023
            New York, New York

                                                        Victor Marrero
                                                        U.S.D.J.