**LINCOLN SQUARE LEGAL SERVICES, INC.**

Fordham U
150 West
New York,

July 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

**VIA EMAIL AND ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *U.S. v. Dion Gregory*, 18-CR-448 (VM)

Request **GRANTED**. The status conference in the above-captioned matter, currently scheduled for July 28, 2023, is hereby adjourned to August 11, 2023 at 10:30 a.m.

SO ORDERED.
7/26/2023
DATE                                    VICTOR MARRERO, U.S.D.J.

Dear Judge Marrero:

We represent Mr. Dion Gregory in the above-referenced action. We write with a status update on Mr. Gregory's supervised release and to request that the conference currently scheduled for July 28 be adjourned for 14 days to August 11 at 1030am. The Government consents to this request, and Assistant United States Attorney Robert Sobelman and EDNY United States Probation Officer John Barlow, who is assigned to Mr. Gregory, are available on August 11th at 1030am.

We have been informed that there is a potential non-compliance issue related to positive drug tests. Mr. Gregory has been referred to a drug treatment program. He is currently working Monday-Friday as a plumber with Powerflo Sewer Service. We seek the present adjournment as Probation Officer Barlow is currently on vacation.

Thank you for your consideration.

Respectfully submitted,

/s/
Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Attorney for Mr. Gregory*

cc:   Robert Sobelman
      Assistant United States Attorney (S.D.N.Y.)
      By Email and ECF

      Matthew Omlor
      United States Probation Officer (S.D.N.Y.)
      By Email and ECF

      John Barlow
      United States Probation Officer (E.D.N.Y.)
      By Email and ECF